UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ABDUR RAHIM AMBROSE
PETITIONER

VS.  CIVIL ACTION NO.: 1:21-CV-302-KHJ

BURL CAIN, Commissioner, Mississippi
Department of Corrections, and LYNN FITCH,
Attorney General of the State of Mississippi
RESPONDENTS

### ORDER GRANTING MOTIONS TO STAY PROCEEDINGS AND FOR EXTENSION OF TIME TO FILE ANSWER

This matter came before the Court on Petitioner Abdur Rahim Ambrose's Unopposed Motion to Stay Proceedings [28], and the Respondents' Unopposed Motion for Extension of Time to File Answer [34]. Also pending before the Court is a Motion for Leave to Conduct Discovery [22] and a Motion to Stay and Abey Federal Proceedings Pending Resolution of Successor Petition in State Court Regarding Unexhausted Grounds for Relief [27]. The latter motions and associated submissions are lengthy and will require the Court's careful consideration. In the meantime, the parties seek to stay the proceedings to relieve them of any scheduled obligations. The Court has reviewed the motion and the reasons given for the request and believes that the proceedings should be stayed.

The Court therefore GRANTS Petitioner's Unopposed Motion to Stay Proceedings [28] and the Respondents' Unopposed Motion for Extension of Time to File Answer [34]. Because the remaining motions are under active consideration by

this Court, only the *proceedings*, and not the case, will be stayed, and the Clerk is directed to remove any case flags that conflict with this Order.

IT IS SO ORDERED, this the 11th day of July, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE